**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA A. LATORRACA,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | **06CV2331** |
| | ) | **Judge Andersen** |
| **v.** | ) | |
| | ) | |
| **FORSYTHE TECHNOLOGY INC.,** | ) | |
| an Illinois corporation, | ) | |
| | ) | |
|     **Defendant.** | ) | |

**NOTICE OF FILING**

TO:   Ms. Annemarie E. Kill
        Avery, Camerlingo, Kill
        218 North Jefferson Street
        Suite 200
        Chicago, IL   60661

     **PLEASE TAKE NOTICE** that on Tuesday, November 11, 2008**, FORSYTHE TECHNOLOGY, INC.**, by its counsel, caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S OBJECTIONS TO CERTAIN OF PLAINTIFF'S EXHIBITS,** a copy of which is attached hereto and hereby served upon you.


**FORSYTHE TECHNOLOGY, INC.,**


**By:   /s/  Alisa B. Arnoff**
    **One of its attorneys**

**Alisa B. Arnoff (ARDC 06197379)**
**Gregg J. Simon (ARDC 06216852)**
**SCALAMBRINO & ARNOFF, LLP**
**One North LaSalle Street**
**Suite 1600**
**Chicago, Illinois 60602**
**(312) 629-0545**

## **CERTIFICATE OF SERVICE**

Alisa B. Arnoff, an attorney, on oath states that she caused a copy of the foregoing **Notice of Filing** and **Defendant's Objections to Certain of Plaintiff's Exhibits,** to be served upon the counsel listed above herein via Electronic Notice at akill@averycamerlingokill.com, on this 11th day of November, 2008.

> */s/ Alisa B. Arnoff*
> **Alisa B. Arnoff**